# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2446 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 19 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 77771 |
| | : | |
| DEVON E. SANDERS, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2018, upon consideration of the Verified Statement of Resignation, Devon E. Sanders is disbarred on consent from the Bar of this Commonwealth, retroactive to February 12, 2018.   *See* Pa.R.D.E. 215.  He shall comply with the provisions of Pa.R.D.E. 217 and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).